AUSA Michael M. Rosensaft
212-637-2366

CR 12 (Rev. 6/82)

# WARRANT FOR ARREST

| **United States District Court** | DISTRICT  SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| UNITED STATES OF AMERICA  v.  KEVIN WITCHER | DOCKET NO.      MAGISTRATE CASE NO.  08 CRIM 28 |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED  KEVIN WITCHER |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court  X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST |
| TO:  ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conspiracy to commit wire fraud; wire fraud

*ELECTRONICALLY FILED  JAN 07 2008*

| IN VIOLATION OF | UNITED STATES CODE TITLE  18 | SECTIONS  1349, 1343 & 2 |
|---|---|---|
| | BAIL | OTHER CONDITIONS OF RELEASE |
| ORDERED BY  KEVIN NATHANIEL FOX  United States Magistrate Judge | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)  /s/ Kevin Nathaniel Fox | DATE ORDERED  JAN 07 2008 |
| CLERK OF COURT  Southern District of New York | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.