**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 5, 2008

**BY FACSIMILE**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

    Re: **United States v. Kevin Witcher,**
          08 Cr. 28

Dear Judge Preska:

    The conference scheduled for tomorrow in the above-referenced matter has been adjourned until Monday, March 31, 2008, at 2:30 p.m. The Government respectfully requests, with defense counsel's consent, to exclude time under the Speedy Trial Act from today's date until March 31, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) so that defense counsel can continue to review discovery and prepare his case, and so that both parties can discuss a possible disposition of this case.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

March 6, 2008

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Michael M. Rosensaft*
Michael M. Rosensaft
Assistant U.S. Attorney
(212) 637-2366

cc: Roger L. Stavis, Esq.
    Attorney for Defendant
    (212) 935-4514

TOTAL P.01