

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 31, 2008

**BY FACSIMILE**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08
```

   Re: **United States v. Kevin Witcher**,
       08 Cr. 28

Dear Judge Preska:

   The status conference that was scheduled for today, March 31, 2008, in the above-referenced matter has been adjourned until June 2, 2008 at 10:30 a.m. Defense counsel asked for this adjournment so that it could prepare a deferred prosecution request for the Government's consideration and to otherwise engage in plea discussions with the Government. The Government respectfully requests, with defense counsel's consent, to exclude time under the Speedy Trial Act from today's date until June 2, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) so that defense counsel can prepare it's case, and so that both parties can discuss a possible disposition of this case.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*April 2, 2008*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Michael M. Rosensaft*
Michael M. Rosensaft
Assistant U.S. Attorney
(212) 637-2366

cc: Roger L. Stavis, Esq.
    (212) 935-4514

TOTAL P.01