

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 18, 2008

### BY FACSIMILE

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/18/08

> **Re:  United States v. Kevin Witcher,**
> **08 Cr. 28**

Dear Judge Preska:

After the last conference before Your Honor in this matter, defense counsel submitted a letter to the Government requesting a deferred prosecution for the above-referenced defendant. After considering defendant's request, the Government believes that such a disposition may be appropriate in this case. However, before such an agreement can be signed, pretrial services, who will continue to supervise the defendant during the deferred prosecution period, must conduct its own review of this case.

The Government therefore respectfully requests a conference before Your Honor on August 20, 2008, at 10:00 a.m., where it is expected that pretrial services will have completed their review of this case and the defendant will sign a deferred prosecution agreement. The Government also respectfully requests, with defense counsel's consent, to exclude time under the Speedy Trial Act from today's date until August 20, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A), to allow pretrial services enough time to conduct this review, and so that defense counsel can review the

*Such exclusion is in the interests of justice*

*So ordered*
*Loretta a Preska*
*USDJ*
*July 18, 2008*

deferred prosecution agreement and prepare for the conference
before Your Honor.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:

Michael M. Rosensaft
Assistant U.S. Attorney
(212) 637-2366

cc:  Roger L. Stavis, Esq.
     (212) 935-4514 (f)